UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA RYLOTT-ROONEY,

               Plaintiff,

               -against-

ALITALIA–LINEE AEREE ITALIANE SpA,

               Defendant.

**Index No. 07 CIV 11091**

**ECF CASE**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Alitalia, Linee Aeree Italiane SpA ("Alitalia") certifies that Alitalia has no corporate parents and that no publicly held corporation owns 10% or more of the stock of Alitalia. Alitalia's affiliates and subsidiaries are as follows:

| **Affiliates** | **Subsidiaries** |
|---|---|
| Alitalia Servizi S.p.A. | Alitalia Express S.p.A. |
| Alicos S.p.A | Aviofin S.p.A. |
| Italiatour S.p.A. (in stato di fallimento) | SISAM S.p.A. (in liquidation) |
| Verona Cargo Center S.p.A. | Volare S.p.A. |
| SASCO S.p.A. (air consolidator) | Alinsurance S.r.l. (in liquidation) |

Dated: January 10, 2008

               Respectfully submitted,

               VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

               By: _/s/ Alan M. Koral_____

                    Alan M. Koral (AK 1503)
                    Daniel C. Green (DG-0059)

               1633 Broadway, 47th Floor
               New York, New York 10019-6771
               (212) 407-7700
               Attorneys for Defendant
                  *Alitalia, Linee Aeree Italiane SpA*