EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 265-2005-00946 |

Minnesota Dept Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Linda Rooney | (952) 938-3163 | 05-08-1951 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6000 Leslee Lane, Edina, MN 55436 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ALITALIA AIRLINES | Unknown | (212) 903-3300 |

| Street Address | City, State and ZIP Code |
|---|---|
| 350 Fifth Avenue, Suite 3700, New York, NY 10118 | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-08-2004    Latest: 12-08-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I worked at the above stated Respondent's MN location since 1982 in Sales, most recently as Manager-National Accounts. On December 8, 2004, I was told by the Vice President of Corporate Affairs, Franco Gallo and the Sr. Director of Sales, USA and Mexico, Marco D'Ilario, that my position was being eliminated. I was not offered a transfer to any other position, nor would I be recalled.

II. Respondent's Reason Given: The Respondent stated that my layoff was due to financial difficulties the Respondent was having.

III. I believe that I have been discriminated against on the basis of my national origin, American, in violation of Title VII of the Civil Rights Act of 1964, as amended; and on the basis of my age, 53, in violation of the Age Discrimination in Employment Act of 1967, as amended. The Respondent transferred and retained younger, Italian employees, while selecting for position elimination older, American employees. I had excellent performance, and was given no specific reason as to why I was selected over others.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/10/05   *Linda Rooney*
Date    Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*Linda Rooney*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

P. 001



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 59 Maiden Lane | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| New York, New York 10038 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 212 545-4000 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 212 972-3213 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

DIRECT DIAL: (212) 545-4027
EMAIL ADDRESS: LIEBERSM@JACKSONLEWIS.COM

February 23, 2005

**VIA FACSIMILE AND REGULAR MAIL**

Mr. Julian Hook
Attorney at Law
Park Avenue of Wayzata Building
15250 Wayzata Boulevard, Suite 107
Wayzata, MN 55391

**Re: Lynda Rylott-Rooney**

Dear Mr. Hook:

We represent Alitalia Linee Aeree Italiane SpA ("Alitalia") with respect to labor and employment matters. As such, we have been asked to respond to your letter of February 8, 2005, regarding Linda Rylott-Rooney.

We have reviewed your letter and find no merit to the claims asserted therein. In the first place, Ms. Rooney was certainly an at-will employee of Alitalia. There is no legal requirement that an individual sign an "employment 'at-will' provision" to be an at-will employee. Therefore, her employment was terminable at-will at any time.

As to Ms. Rooney's claim for severance, this claim is also without merit. Alitalia is not legally required to provide Ms. Rooney with any severance let alone three weeks for each year of employment. Ms. Rooney's claim that others were provided with more severance in the past, even if true, does not prove that Alitalia was contractually obligated to provide a certain amount of severance to her at the time of her discharge. Finally, you have set forth no facts which support her claim that her severance amount was "discriminatory." As such, we cannot respond except to deny that Alitalia discriminated against Ms. Rooney with respect to her severance or as to any aspect of her employment.



February 23, 2005
Page 2

Accordingly, Alitalia is not prepared to provide any additional severance to Ms. Rooney. Please feel free to contact us if you have any additional information that would bear on this issue.

Very truly yours,

JACKSON LEWIS LLP

Miriam Lieberson

ML:lp

cc: Francesco Gallo

265 2003 00946

Page 1

# INTAKE QUESTIONNAIRE
## EEOC USE ONLY

3

PCP sent packet on_____ Date of Inquiry_____ Initials of Person or Contact_____
Date of Appointment_____ Time:_____ To be returned to:_____ or assigned to:_____

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on page 5 before completing this form. Please answer the following questions, telling us briefly why you believe you have been discriminated against in employment. An officer of the EEOC will review the information you provide and determine whether or not your allegations warrant a charge being filed.

IF YOU HAVE ALREADY FILED WITH A STATE OR LOCAL FAIR EMPLOYMENT PRACTICES AGENCY IT IS **NOT** NECESSARY THAT YOU FILE AGAIN WITH EEOC. IF YOU ARE COMPLAINING ABOUT SOMETHING THAT HAPPENED OVER 300 DAYS AGO, STOP AND ASK TO SPEAK TO AN INTAKE OFFICER, BEFORE PROCEEDING.

### (PLEASE PRINT)

Name: LINDA (First) R (Middle Initial) ROONEY (Last)   Date_____
Address: 6000 WESLEY LANE
City: EDINA   State: MN   Zip Code: 55436   County: USA
Telephone No. (including area code) Home: 952-938-3163   Work: —
I prefer to be contacted at: (X) Home  ( ) Work  Day(s)_____ Time(s)_____
Your Date of Birth: MAY 8, 1951   Social Security Number: 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
YOUR SEX: ( ) Male   (X) Female
YOUR RACE: ( ) Black  (X) White  ( ) Asian/Pacific Islander  ( ) American Indian  ( ) Alaskan Native  ( ) Other_____
National Origin: ( ) Mexican  ( ) Hispanic  ( ) East Indian  ( ) Other_____

Please provide the name of a person at a different address whom we can contact if you are unable to be reach:
Name: DENIS ROONEY   Relationship: SPOUSE   Telephone No. 952 832 5560
Address: SAME   City_____ State_____ Zip_____

I believe I was discriminated against by: (Check those that apply)
(X) Employer  ( ) Union Local No._____  ( ) Employment Agency  ( ) Other (Specify)_____

Employer:
Name: ALITALIA AIRLINES
Address: 350 FIFTH AVE STE 3700
City/State/Zip: NEW YORK, NY 10118
County: USA   Telephone: 212-903-3300
Approx. Number of Employees: OVER 500
Type of Business: AIRLINE

if another employer or union is involved:
Name:_____
Address:_____
City/State/Zip:_____
County:_____ Telephone:_____
Approx. Number of Employees:_____
Type of Business:_____

Revised 8/2001 (Do not use previous versions of form)

-P. 004-

..., address, telephone number and title of your representative or attorney, if any? _____
_____

Have you filed a charge of discrimination with the Minnesota Department of Human Rights or the Minneapolis Department of Civil Rights or any other state or local fair employment agency?  ___ Yes  X No.  If "yes", tell us the following details:

Name of Agency _____
Date Charge Filed with that Agency _____   Charge Number _____
What action has been taken, and did you receive any relief? (Please describe) _____
_____

**Your Employment Data:** (complete as many items as you can)
Date hired _JAN 4, 1992_   Job Title & Salary when hired _SALES REPRESENTATIVE - $?30K_
Job Title & Salary at Time of Discrimination: _MGR NAT'L ACCOUNTS + CORPORATE DEVELOPMENT USA_
Name and Job Title of Immediate Supervisor: _LUCIA ALLA - MGR CORPORATE UNIT_
Is there a union? (X) No   { } Yes - Name of union, local number, address and telephone number, name of union representative and/or business agent:
_$65,000_

Have you filed a union grievance? (X) No   { } Yes, give present status or summarize the final outcome, if process has been completed.
_____

**FOR THOSE ACTIONS THAT YOU WISH TO INCLUDE IN THE CHARGE:**

1. The Earliest date of discrimination is: (month, day, year) _DEC 08, 2004_
2. The Most Recent date discrimination occurred is: (month, day, year) _SAME_
3. Identify by name and job title the individual(s) you believe discriminated against you:
   _FRANCO GAUD - Sr VP CORPORATE REGULATORY AFFAIRS_
   _GUILIO LIBALLI - Sr VP NORTH AMERICA + MEXICO_
4. You believe that the cause of the action(s) taken against you was/were based upon:
   { } Race          (X) National Origin   { } Sex         { } Religion (Specify) _____
   { } Color         (X) Age (over 40)     { } Pregnancy   { } Equal Pay
   { } Retaliation: Filed a previous charge (charge no. _____)
   { } Retaliation: Opposed Unlawful Employment practices, describe briefly: _____
   _____
   { } Disability (Specify name of disability and describe symptoms briefly) _____
   _____
5. Did you file a Workers Comp. Claim for your disability? X No ___ Yes.  Date filed: _____?

Revised 8/2001 (Do not use previous versions of forms)

-P. 005 -

Page 3

I believe I was discriminated against by being (check and date (month/day/year) only those that apply):

**Terminated**
Date:
___ ( ) Fired
___ ( ) Laid Off
___ ( ) Forced to Quit/Resign
___ (X) Forced to Retire
___ ( ) Resigned

**Denied**
Date:
___ ( ) Hire
___ ( ) Promotion
___ (X) Transfer
___ (X) Recall from Layoff
___ ( ) Reinstatement
___ ( ) Maternity Benefits
___ ( ) Religious Accommodation
___ ( ) Accommodation for Disability

**Treated Differently**
Date:
___ ( ) Harassed based on _____ (Race, Sex, Age, etc.)
___ ( ) Sexual Harassment
___ ( ) Demoted
___ ( ) Disciplined
___ ( ) Maternity Leave
___ ( ) Suspended
___ ( ) Wages

Other action not listed above: _____

(For each block checked above, provide a detailed explanation on page 5 under additional comments, including the dates each incident occurred and names and titles of those persons involved)

7. What reason(s) were given by the employer for the actions taken against you? POSITION ELIMINATED

8. State the specific reasons you believe the action(s) taken against you was/were the result of discrimination: PERSONS IN SIMILAR POSITIONS WERE RETAINED - OR IF POSITION ELIMINATED - TRANSFERRED TO ANOTHER POSITION WERE ALL YOUNGER & OF ITALIAN DESCENT

9. Do you know of any other reasons which may have led to the actions taken against you (for example, poor performance, absenteeism, insubordination, etc.)? NONE - PERFECT ATTENDANCE & ABOVE AVERAGE PERFORMANCE EVALUATIONS - CONSISTENTLY ADDITIONALLY MY PORTFOLIO SALES FOR 2004 WAS +70% ABOVE MY ASSIGNED TARGET 11M-03  18M-04

10. Indicate any direct evidence (statements or documents) which would help prove what you are saying (submit copies if you have them): _____

11. During your employment with the respondent did you receive a performance review? If so, at what level were you rated and when was your most recent/last review? (Above average, average or below average) YES ABOVE AVERAGE SPRING 2004

12. List those persons who were treated the same, more favorably or less favorably than you:

| NAME | JOB TITLE | SEX, RACE, OTHER BASIS | DIFFERENT TREATMENT |
|---|---|---|---|
| LOST JOBS: KATHY MORIARITY | SALES MANAGER CHICAGO | SAME - AGE + NAT'L ORIGIN | |
| KEN FUTTERMAN | SALES MANAGER - MIAMI | " | " |
| RETAINED JOBS: JAMES PANO | MANAGER OFF-LINE SALES | YOUNGER + ITAL DESCENT | |
| NICK DEBARI | SALES MGR WASHINGTON | YOUNGER | " " |
| ELIZABETH SANTELLA | | YOUNGER + ITAL DESCENT | POSITION ELIMINATED + PROMOTED TO THREE OFFICE MANAGER |

Revised 8/2001 (Do not use previous versions of forms)

-P. 006-

hose witnesses you think can provide evidence in support of your charge:

| E & ADDRESS | TELEPHONE HOME/WORK | INFORMATION WITNESS CAN PROVIDE (IN DETAIL) |
|---|---|---|
| KATHY MORIARITY | 848-538-2505 | BOTH HAVE CASES PENDING WITH EEOC. BOTH HAVE BEEN VICTIMS OF AGE DISCRIMINATION AND DUE TO NATIONAL ORIGIN — NON ITALIAN. |
| B. KEN FUHERMAN | 310-273-6925 | |
| C. | | |
| D. | | |

14. Identify the individual who handles employee relations? Give name and title ___
FRANCO GALLO, SR. V.P. CORPORATE + REGULATORY AFFAIRS

15. Have you attempted to resolve your problem by discussing the matter with someone in management? { } Yes { } No. If so, provide the name and title of the person(s) and state what happened and the date(s).
_____
_____

16. If terminated, have you applied for unemployment insurance: (X) Yes { } No
Were you awarded unemployment benefits: (X) Yes { } No  If so, when? _____
If not, why not? _____
If your employment was terminated, who replaced you? _____

17. **REFUSAL DATA** (If refused hire, promotion, transfer, salary increase etc.)
Title of job sought ~~____~~    Salary of job sought: $ ~~____~~
How did you know about the job and/or salary: _____
Did you apply by written application or verbally? _____
When and to whom did you submit the application? _____ Date _____
How and when did you find out you had been refused? _____ Date _____
Who got the job, promotion, salary, etc.? _____

18. Because we need to make a rough estimate of the money (if any) which you lost because of the action taken against you -- Please list below the jobs you have held since this action was taken against you:

(a) Name of Employer  NONE
   Starting Date _____ Ending Date _____
   Salary/Wages $ _____ Per hour (# of hours) _____ Per week month year (circle one)

(b) Name of Employer _____
   Starting Date _____ Ending Date _____
   Salary/Wages $ _____ Per hour (# of hours) _____ Per week month year (circle one)

(c) Name of Employer _____
   Starting Date _____ Ending Date _____
   Salary/Wages $ _____ Per hour (# of hours) _____ Per week month year (circle one)

Revised 8/2001 (Do not use previous versions of forms)



# Minnesota Department of Human Rights

March 28, 2005

Ref: 45852
Linda Rooney
vs.
Alitalia Airlines

Linda Rooney
6000 Leslee Ln
Edina, MN 55436

Dear Linda Rooney:

The Equal Employment Opportunity Commission (EEOC) has sent a copy of the charge you filed with that agency to the Minnesota Department of Human Rights (MDHR), in order to preserve your rights under the Minnesota Human Rights Act (MHRA), Minnesota Statutes, §363A.

The EEOC will continue to process your charge under the work-sharing agreement between the agencies (**MDHR does not conduct the investigation**). If EEOC determines that it lacks jurisdiction to proceed with the charge, MDHR will decide whether to continue to process the charge under the authority of the MHRA. If this occurs, the Charging Party and the Respondent will be notified.

You have an obligation to inform both MDHR and EEOC in writing if you change your address or telephone number. Failure to do so may result in the dismissal of your charge.

EEOC will send notice of its disposition of the charge to the parties and MDHR. If EEOC dismisses the charge on its merits, you may request that MDHR conduct a review of EEOC's decision. To exercise this right, **you must submit your request for review to MDHR in writing within ten (10) working days of the date on which you receive notice of EEOC's determination (No phone requests accepted)**. Any request you may make to the EEOC to review its dismissal action **does not** extend this 10-day deadline. The Department's decision after review is final. If a timely request for review by MDHR is not submitted, EEOC's disposition will be adopted, and notice that the case has been closed will be sent to the parties.

You have the right to bring a civil suit in state district court after **45 days** have passed from the filing of the charge with the MDHR pursuant to Minnesota Statute §363A.33 subd. 1(3). If that occurs, the MDHR is required to close its file without further action. You are not required to bring a civil action or to have an attorney while your charge is being processed. If you decide to take private action your attorney can explain what is involved, including the possible costs and outcomes and the time it may take.

Questions regarding the status of your charge should be directed to the EEOC at (612) 335-4040. Questions concerning this notice or the right to request the MDHR's review of EEOC's decision on your charge should be directed to Peg Exley at (651) 296-9061.

Sincerely,

Velma J. Korbel
Commissioner

AN EQUAL OPPORTUNITY EMPLOYER

Sibley Square at Meers Park, 190 E. 5th Street Suite 700, St. Paul, Minnesota 55101   (651) 296-5663 or (800) 692-8764

3/04