UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
LINDA RYLOTT-ROONEY,

        Plaintiff,

- against -

ALITALIA – LINEE AEREE ITALIANE –
SOCIETA PER AZIONI,

        Defendant.
---------------------------------------------------------------

Index No. 07 CV 11091 (JSR)

ECF CASE

**NOTICE OF APPEARANCE**

    Defendant Alitalia-Linee Aeree Italiane SpA, hereby appears by Michael J. Goettig, Esq., of Vedder Price P.C., and requests that all copies of papers herein be served upon the undersigned counsel.

    Dated:  August 7, 2008

                      VEDDER PRICE P.C.

                      By: /s/ Michael J. Goettig
                           Alan M. Koral (AK 1503)
                           Michael J. Goettig (MG 3771)

                      1633 Broadway, 47th Floor
                      New York, New York 10019-6771
                      (212) 407-7700
                      *Attorneys for Defendant*
                      *Alitalia, Linee Aeree Italiane SpA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LINDA RYLOTT-ROONEY, <br><br>　　　　　　Plaintiff, <br><br>-against- <br><br>ALITALIA–LINEE AEREE ITALIANE SpA, <br><br>　　　　　　Defendant. | **Index No. 07 CV 11091 (JSR)** <br><br><br>**CERTIFICATE OF SERVICE** |

---

I, Michael J. Goettig, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that on August 7, 2008, I caused a copy of the **NOTICE OF APPEARANCE** to be served upon all parties who have made appearances in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party, as registered e-filers who are registered to receive e-notices in this case, received same.


DATED: August 7, 2008　　　　　　　　s/ Michael J. Goettig
　　　　　　　　　　　　　　　　　　　Michael J. Goettig

NEWYORK/#198910.1